[This opinion has been published in *Ohio Official Reports* at 79 Ohio St.3d 191.]

OFFICE OF DISCIPLINARY COUNSEL *v*. GUNNOE.

[Cite as *Disciplinary Counsel v. Gunnoe*, 1997-Ohio-170.]

*Attorneys at law—Misconduct—Public reprimand—Settling medical malpractice action without client's express authorization.*

(No. 97-435—Submitted April 16, 1997—Decided July 16, 1997.)

ON CERTIFIED REPORT by the Board of Commissioners on Grievances and Discipline of the Supreme Court, No. 95-35.

————————————

{¶ 1} On April 10, 1995, relator, Office of Disciplinary Counsel, filed a complaint charging, *inter alia*, that respondent, Gerald Eugene Gunnoe of Centerville, Ohio, Attorney Registration No. 0003460, violated DR 7-101(A)(3) (prejudicing or damaging a client during the course of representation). After respondent filed an answer, the parties submitted agreed stipulations and a deposition of respondent to a panel of the Board of Commissioners on Grievances and Discipline of the Supreme Court ("board"). On March 20, 1996, the panel heard character witnesses and mitigation evidence.

{¶ 2} The panel found that in June 1988, respondent agreed to represent Mary Johnson in a medical malpractice action. He discussed the potential settlement value with Johnson and, after the statute of limitations had run, accepted a $7,000 settlement offer from the insurance carrier without Johnson's express authorization. Thereafter, Johnson, retaining new legal counsel, filed a malpractice claim against respondent, and received a settlement of $15,000 from respondent's malpractice carrier. The panel concluded that by settling a case without his client's express authorization, respondent had violated DR 7-101(A)(3). The panel recommended that the respondent be publicly reprimanded.

**{¶ 3}** The board agreed with the findings, conclusion, and recommendation of the panel.

———————————

*Geoffrey Stern*, Disciplinary Counsel, *Cynthia L. Roehl* and *Sally Ann Steuk*, Assistant Disciplinary Counsel, for relator.

*Gerald E. Gunnoe, pro se.*

———————————

**Per Curiam.**

**{¶ 4}** Upon review of the record, we adopt the findings, conclusion, and recommendation of the board. Respondent is hereby publicly reprimanded. Costs are taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————